| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

In Re:

Fidelio Alonso Reynoso
Debtor (s)

Case No.:     19-27752-RG

Chapter:     13

Judge:     Gambardella

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO:    David Jerome Witherspoon

This will confirm that on    10/29/19    the following document(s) was filed by you.

☒     Amendment to Schedule(s)  A/B ,

☐     Missing Documents, including Schedule(s)     ,

This will further confirm that the court has not received the following supplemental documents:

☒     Declaration About an Individual Debtor's Schedules (106 Declaration)

☐     An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐     Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐     An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 10/30/19                               Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Fidelio Alonso Reynoso  
    Debtor

Case No. 19-27752-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 30, 2019  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.  
db         Fidelio Alonso Reynoso,    118-120 Palm St-2nd fl,    Newark, NJ   07106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:  
         David Jerome Witherspoon    on behalf of Debtor Fidelio Alonso Reynoso daveslaw321@gmail.com, prissycatina@yahoo.com  
         Kevin Gordon McDonald    on behalf of Creditor   HomeBridge Financial Services, Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                TOTAL: 4