Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−27752−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Fidelio Alonso Reynoso
  118−120 Palm St−2nd fl
  Newark, NJ 07106

Social Security No.:
  xxx−xx−7516

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/1/20 at 10:00 AM

to consider and act upon the following:

**44** – Objection to trustee cert. of default (related document:42 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/16/2020. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by David Jerome Witherspoon on behalf of Fidelio Alonso Reynoso. (Witherspoon, David)

Dated: 3/5/20

  Jeanne Naughton
  Clerk, U.S. Bankruptcy Court