| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | Order Filed on June 18, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>   FIDELIO ALONSO REYNOSO | Case No.:  19-27752 RG<br><br>Hearing Date:  6/17/2020<br><br>Judge:  ROSEMARY GAMBARDELLA<br><br>Debtor is Entitled To Discharge |

### ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: June 18, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.:  19-27752 RG

Caption of Order:    ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

     The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 5/9/2020, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 10/1/2019, the Debtor shall pay the Standing Trustee

    the sum of $3,276.00 paid into date over 8 month(s), and then

    the sum of $273.00 for a period of 4 month(s), and then

    the sum of $541.00 for a period of 48 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586; and it is further

- ORDERED, that notwithstanding the preceding paragraph, in no event shall the unsecured creditors receive less than 100% of their timely filed claims; and it is further

- ORDERED, that should the Debtor fail to make plan payments for a period of more than 30 days, the Standing Trustee may file with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-receipt of Payment and request that the Debtors case be dismissed.  The Debtor shall have fourteen (14) days from the date of the filing of the Certification to file with the Court and serve upon the Trustee a written objection to such Certification; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:  
Fidelio Alonso Reynoso  
    Debtor

Case No. 19-27752-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 19, 2020  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2020.  
db        Fidelio Alonso Reynoso,    118-120 Palm St-2nd fl,    Newark, NJ   07106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2020 at the address(es) listed below:  
          David Jerome Witherspoon    on behalf of Debtor Fidelio Alonso Reynoso daveslaw321@gmail.com, prissycatina@yahoo.com  
          Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Kevin Gordon McDonald    on behalf of Creditor    HomeBridge Financial Services, Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                        TOTAL: 5